CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 22 2022

JULIA C. DUDLEY, CLERK
BY: ABeeson
DEPUTY CLERK

| For Clerk's Office Use | |
|---|---|
| Judge | Rec'd |
| U | |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983**

DARYAN LEON KILGORE                          1473351
Plaintiff full name                          Inmate No.

v.                    CIVIL ACTION NO. 7:22CV99

SERGEANT CAUDILL, OFFICER J. LAWS AND OFFICER GARRETT, ALL
Defendant(s) full name(s)
IN THEIR INDIVIDUAL CAPACITY

*******************************************************************

A. Current facility and address: WALLENS RIDGE STATE PRISON,
P.O. BOX 759, BIG STONE GAP, VA 24219

B. Where did this action take place? AT WALLENS RIDGE STATE PRISON

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes    ✓ No

If your answer to A is Yes, answer the following:

1. Court: _____

2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes    _____ No

1. If your answer is Yes, indicate the result:
MY GRIEVANCE WAS DETERMINED UNFOUNDED

2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

ON NOVEMBER 20TH, 2021 AT 6:20 PM, SGT CAUDILL, OFFICER LAWS AND OFFICER GARRETT APPROACHED MY CELL TO ESCORT ME TO THE HOLE FOR A DISCIPLINARY OFFENSE-

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

$300,000 IN COMPENSATORY DAMAGES, $75,000 IN PUNITIVE-

G. If this case goes to trial do you request a trial by jury?   Yes ✓   No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court in writing of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 01/28/2022      SIGNATURE: Daryan Kilgore

VERIFICATION:
I, DARYAN LEON KILGORE, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 01/28/2022      SIGNATURE: Daryan Kilgore

Continuance of Section E. Claim #1

- Code 137 A (Lewd or Obscene Acts Directed Towards or In the Presence of Another).

After being handcuffed and removed from my cell, I was taken into an office where I was continuously questioned by Sgt Caudill about the alleged offense I was accused of, which I denied.

Following physical threats by the defendants and an unpleasant exchange of words, I was told to stand up. Once I stood up Officer Laws began to pull my arm extremely hard while Sgt Caudill motioned aggressively towards me. I was then forcefully slammed to the ground and then repeatedly punched and kneed in my neck, back and ribs by Officer Laws and Officer Garrett.

While being assaulted, one of the officers stated that this should teach me a lesson about masturbating.

CONTINUANCE OF SECTION E. CLAIM #1

Sgt Caudill had a reasonable opportunity to intervene but failed to do so, instead he told the officers not to hit me in my face.

I did not physically resist and I was in handcuffs the entire time, I did nothing to provoke force except to say something the defendants did not like.

As a result of this incident I suffer physical injuries to my neck in which I am unable to turn my head without experiencing pain, I suffer from injuries to my right shoulder which continues to dislocate and I am unable to lift my arm above my head without experiencing pain, I suffer from injuries to my lower back in which I am unable to bend down without pain, I also suffer from nerve damage in both of my hands and wrists and I was unable to move or use my left wrist for 16 days following this incident and I suffered from lacerations to both of my Achilles tendons.

## CONTINUANCE OF SECTION E. CLAIM #1

I ALSO SUFFER FROM MENTAL ANGUISH AND EMOTIONAL DISTRESS AS A RESULT OF THIS INCIDENT. I HAVE EXPERIENCED ELEVATED STRESS LEVELS, FEAR AND PARANOIA OF ALL OFFICERS, AND DEPRESSION DUE TO PHYSICAL INJURIES AND INABILITY TO EXERCISE AS WELL AS NIGHTMARES.

CONTINUANCE OF SECTION F. RELIEF

- DAMAGES AND $4,000 IN NOMIAL DAMAGES.

DORYAN KILGORE #1473354
WALLENS RIDGE STATE PRISON
P.O. BOX 759
BIG STONE GAP, VA 24219

RECEIVED
FEB 16 2022
MAILROOM

VIRGINIA DEPARTMENT OF CORRECTION
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

LEGAL MAIL



CLERK, UNITED STATES DISTRICT COURT
210 FRANKLIN ROAD, SW, SUITE 540
ROANOKE, VA 24011-2208