IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **DARYAN LEON KILGORE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 7:22-cv-00099 |
| v. | ) | |
| | ) | |
| **SERGEANT CAUDILL, et al.,** | ) | By: Robert S. Ballou |
| | ) | United States District Judge |
| Defendants. | ) | |

## JUDGMENT

This action came before the court for a trial by jury on May 1, 2023. Plaintiff Daryan Leon Kilgore adduced evidence and rested. Defendants Officer J. Laws, Officer Garrett, and Sergeant Caudill adduced evidence and rested. The issues have been tried and the jury rendered its verdict finding that the plaintiff did not establish by a preponderance of the evidence that Laws or Garrett used excessive force against him on November 20, 2021, and did not establish that Caudill failed to prevent the use of excessive force. Therefore, it is **ADJUDGED AND ORDERED** as follows:

1. The jury verdict shall be and hereby is approved and judgment is entered in favor of the defendants;

2. The jury is hereby discharged and the verdict shall be recorded;

3. The Clerk is directed to **DISMISS** this case from the active docket; and

4. The Clerk shall send a copy of this judgment to the parties.

Enter: May 2, 2023

*/s/ Robert S. Ballou*

Robert S. Ballou
United States District Judge